CALCATERRA POLLACK LLP
Regina Calcaterra
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Tel: (212) 899-1760
Email: rcalcaterra@calcaterrapollack.com

BERGER MONTAGUE PC
Michael Dell'Angelo
Andrew Abramowitz
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: mdellangelo@bm.net
        aabramowitz@bm.net

BERGER MONTAGUE PC
Benjamin Galdston
12544 High Bluff Drive, Suite 340
San Diego, CA 92130
Tel: (619) 489-0300
Email: bgaldston@bm.net

*Attorneys for Proposed Lead Plaintiff
Guohua Wang*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT LUCAS, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OIL FUND, LP, UNITED STATES COMMODITY FUNDS LLC, JOHN P. LOVE and STUART P. CRUMBAUGH, <br><br> Defendants. | Civil Action No. 1:20-cv-04740-PGG <br> Complaint filed June 19, 2020 <br><br> CLASS ACTION <br><br><br> Hon. Paul G. Gardephe <br> Courtroom 705 |
| MOSHE EPHRATI, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. | Civil Action No. 1:20-cv-06442-PGG <br> Complaint filed July 31, 2020 <br><br> CLASS ACTION |

UNITED STATES OIL FUND, LP,
UNITED STATES COMMODITY FUNDS
LLC, JOHN P. LOVE and STUART P.
CRUMBAUGH,

                                    Defendants.

---

DANNY PALACIOS, Individually and on
Behalf of All Others Similarly Situated,

                                    Plaintiff,

vs.

UNITED STATES OIL FUND, LP,
UNITED STATES COMMODITY FUNDS
LLC, JOHN P. LOVE,  and STUART P.
CRUMBAUGH,

                                    Defendants.

Civil Action No. 1:20-cv-06442-PGG
Complaint filed August 13, 2020

CLASS ACTION

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the concurrently filed Declaration of Regina Calcaterra, Esq., the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court, proposed Lead Plaintiff Movant Guohua Wang ("Movant") hereby moves this Court, before the Honorable Paul G. Gardephe, United States District Court, Southern District of New York, 40 Foley Square, Courtroom 705, New York, New York 10007, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (i) consolidating the actions; (ii) appointing Movant as Lead Plaintiff; (iii) approving Movant's selection of Berger Montague PC ("Berger Montague") as Lead Counsel and Calcaterra Pollack LLP ("Calcaterra Pollack") as Local Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

2

Dated: August 18, 2020

Respectfully submitted,

/s/ *Regina Calcaterra*

Regina Calcaterra
CALCATERRA POLLACK LLP
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Tel: (212) 899-1760
Email: rcalcaterra@calcaterrapollack.com

***Attorneys for Lead Plaintiff Movant Guohua
Wang and Proposed Local Counsel for the Class***

Michael Dell'Angelo
Andrew Abramowitz
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: mdellangelo@bm.net
         aabramowitz@bm.net

Benjamin Galdston
BERGER MONTAGUE PC
12544 High Bluff Drive, Suite 340
San Diego, CA 92130
Tel: (619) 489-0300
Email: bgaldston@bm.net

***Attorneys for Lead Plaintiff Movants Guohua
Wang and Proposed Lead Counsel for the Class***

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Regina Calcaterra*
Regina Calcaterra