CALCATERRA POLLACK LLP
Regina Calcaterra
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Tel: (212) 899-1760
Email: rcalcaterra@calcaterrapollack.com

BERGER MONTAGUE PC
Michael Dell'Angelo
Andrew Abramowitz
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: mdellangelo@bm.net
        aabramowitz@bm.net

BERGER MONTAGUE PC
Benjamin Galdston
12544 High Bluff Drive, Suite 340
San Diego, CA 92130
Tel: (619) 489-0300
Email: bgaldston@bm.net

*Attorneys for Proposed Lead Plaintiff*
*Guohua Wang*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT LUCAS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OIL FUND, LP, UNITED STATES COMMODITY FUNDS LLC, JOHN P. LOVE and STUART P. CRUMBAUGH,<br><br>Defendants. | Civil Action No. 1:20-cv-04740-PGG<br>Complaint filed June 19, 2020<br><br>CLASS ACTION<br><br><br>Hon. Paul G. Gardephe<br>Courtroom 705 |
| MOSHE EPHRATI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs. | Civil Action No. 1:20-cv-06442-PGG<br>Complaint filed July 31, 2020<br><br>CLASS ACTION |

UNITED STATES OIL FUND, LP,
UNITED STATES COMMODITY FUNDS
LLC, JOHN P. LOVE and STUART P.
CRUMBAUGH,

                        Defendants.

---

DANNY PALACIOS, Individually and on
Behalf of All Others Similarly Situated,

                        Plaintiff,

vs.

UNITED STATES OIL FUND, LP,
UNITED STATES COMMODITY FUNDS
LLC, JOHN P. LOVE,  and STUART P.
CRUMBAUGH,

                        Defendants.

Civil Action No. 1:20-cv-06442-PGG
Complaint filed August 13, 2020

CLASS ACTION

**DECLARATION OF REGINA CALCATERRA, ESQ. IN SUPPORT OF
MOVANT GUOHUA WANG'S MOTION FOR CONSOLIDATION,
APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Regina Calcaterra, declare as follows:

1. I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court. I am a partner at the law firm of Calcaterra Pollack LLP and submit this declaration in support of the motion filed by Proposed Lead Plaintiff Guohua Wang ("Movant") for the entry of an Order: (i) consolidating the above-captioned actions; (ii) appointing Movant as Lead Plaintiff; (iii) approving Movant's selection of Berger Montague PC ("Berger Montague") as Lead Counsel and Calcaterra Pollack LLP ("Calcaterra Pollack") as Local Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

2. Attached as Exhibits A through H are true and correct copies of the following documents:

EXHIBIT A:  Notice of pendency of class action lawsuit against United States Oil Fund, LP ("U.S. Oil"), published on June 19, 2020;

EXHIBIT B:  Signed Certification of Guohua Wang pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT C:  Chart reflecting calculation of financial losses sustained by Movant on Class Period transactions in U.S. Oil securities;

EXHIBIT D:  Firm resume of Berger Montague PC; and

EXHIBIT E:  Firm resume of Calcaterra Pollock LLP.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of August, 2020.     _/s/ Regina Calcaterra_____
                                              Regina Calcaterra

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 18, 2020, a true and correct copy of the foregoing

document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ *Regina Calcaterra*
Regina Calcaterra