## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Guohua Wang, hereby certify, as to the claims asserted under the federal securities laws in this action, the following:

1. I have reviewed a complaint filed against United States Oil Fund, LP, its sponsor and general partner, and certain of its officers and/or directors, and I hereby authorize my selected counsel, Berger Montague, PC, to file a complaint and/or lead plaintiff motion on my behalf.

2. I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of the proposed Class in this action, including providing testimony at deposition and trial, if necessary.

4. My transactions in United States Oil Fund, LP securities during the Class Period of February 25, 2020 through and including April 28, 2020 are set forth in the chart attached hereto as Exhibit A.

5. I have not sought to serve as a representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

6. I have never sought to serve as a lead plaintiff or representative party on behalf of a class in any action under federal securities laws filed during the three-year preceding the date of this Certification.

7. I will not accept any payment for serving as a representative party on behalf of the proposed Class in this matter beyond my pro-rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as approved or ordered by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8/18/2020 ____ day of August, 2020, at Hong Kong SAR, China.

DocuSigned by:

王国华

FA2F949A9A114DE...

Guohua Wang

DocuSign Envelope ID: FE406503-02BD-4ABA-B335-F956A8D51585

# EXHIBIT A

| Guohua Wang's Transactions in the United States Oil Fund LP ("USO") During the Class Period of February 25, 2020 Through and Including April 28, 2020 | | | | |
|---|---|---|---|---|
| **Date** | **Transaction** | **Security** | **Shares** | **Price** |
| 03/11/20 | Buy | USO | 140,000 | $6.9357 |
| 03/13/20 | Buy | USO | 60,000 | $6.5700 |
| 03/16/20 | Buy | USO | 303,700 | $6.1610 |
| 03/17/20 | Buy | USO | 116,300 | $5.8341 |
| 03/18/20 | Buy | USO | 260,000 | $5.0193 |
| 03/20/20 | Buy | USO | 540,000 | $4.8725 |
| 03/26/20 | Buy | USO | 220,000 | $4.7727 |
| 03/27/20 | Buy | USO | 600,000 | $4.5270 |
| 03/30/20 | Buy | USO | 140,000 | $4.1495 |
| 03/31/20 | Buy | USO | 20,000 | $4.4337 |
| 04/03/20 | Buy | USO | 20,000 | $5.9300 |
| 04/06/20 | Buy | USO | 80,000 | $5.5988 |
| 04/07/20 | Buy | USO | 450,000 | $5.0681 |
| 04/08/20 | Buy | USO | 10,000 | $5.3600 |
| 04/09/20 | Buy | USO | 140,000 | $5.3289 |
| 04/14/20 | Buy | USO | 50,000 | $4.6197 |
| 04/15/20 | Buy | USO | 110,000 | $4.4073 |
| 03/13/20 | Sell | USO | 131,112 | $6.9960 |
| 03/18/20 | Sell | USO | 40,000 | $4.8761 |
| 03/19/20 | Sell | USO | 210,000 | $5.3105 |
| 03/20/20 | Sell | USO | 147,201 | $5.2718 |
| 03/23/20 | Sell | USO | 322,799 | $4.8981 |
| 03/30/20 | Sell | USO | 40,000 | $4.1930 |
| 03/31/20 | Sell | USO | 10,000 | $4.4899 |
| 04/01/20 | Sell | USO | 70,000 | $4.3256 |
| 04/02/20 | Sell | USO | 490,100 | $5.1008 |
| 04/03/20 | Sell | USO | 29,900 | $5.6670 |
| 04/15/20 | Sell | USO | 157,103 | $4.3891 |
| 04/16/20 | Sell | USO | 1,611,785 | $4.2379 |