| Guohua Wang Losses - United States Oil Fund LP (NYSE: USO) February 25, 2020-April 28, 2020, Inclusive [1] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Trade Date | Trans. Type | No. Shares Bought | Price Per Share | Total Purchase Cost | | No. Shares Sold | Price/ Share Sold | Total Sale Proceeds |
| **Pre-Class Pd Holdings:** | | 0 | | | | | | |
| 03/11/20 | Buy | 140,000 | $6.9357 | $971,000 | | | | |
| 03/13/20 | Buy | 60,000 | $6.5700 | $394,198 | | | | |
| 03/13/20 | Sell | | | | | 131,112 | $6.9960 | $917,253 |
| 03/16/20 | Buy | 303,700 | $6.1610 | $1,871,082 | | | | |
| 03/17/20 | Buy | 116,300 | $5.8341 | $678,509 | | | | |
| 03/18/20 | Buy | 260,000 | $5.0193 | $1,305,020 | | | | |
| 03/18/20 | Sell | | | | | 40,000 | $4.8761 | $195,044 |
| 03/19/20 | Sell | | | | | 210,000 | $5.3105 | $1,115,201 |
| 03/20/20 | Buy | 540,000 | $4.8725 | $2,631,134 | | | | |
| 03/20/20 | Sell | | | | | 147,201 | $5.2718 | $776,017 |
| 03/23/20 | Sell | | | | | 322,799 | $4.8981 | $1,581,110 |
| 03/26/20 | Buy | 220,000 | $4.7727 | $1,049,995 | | | | |
| 03/27/20 | Buy | 600,000 | $4.5270 | $2,716,226 | | | | |
| 03/30/20 | Buy | 140,000 | $4.1495 | $580,930 | | | | |
| 03/30/20 | Sell | | | | | 40,000 | $4.1930 | $167,720 |
| 03/31/20 | Buy | 20,000 | $4.4337 | $88,674 | | | | |
| 03/31/20 | Sell | | | | | 10,000 | $4.4899 | $44,899 |
| 04/01/20 | Sell | | | | | 70,000 | $4.3256 | $302,793 |
| 04/02/20 | Sell | | | | | 490,100 | $5.1008 | $2,499,893 |
| 04/03/20 | Buy | 20,000 | $5.9300 | $118,600 | | | | |
| 04/03/20 | Sell | | | | | 29,900 | $5.6670 | $169,442 |
| 04/06/20 | Buy | 80,000 | $5.5988 | $447,900 | | | | |
| 04/07/20 | Buy | 450,000 | $5.0681 | $2,280,652 | | | | |
| 04/08/20 | Buy | 10,000 | $5.3600 | $53,600 | | | | |
| 04/09/20 | Buy | 140,000 | $5.3289 | $746,049 | | | | |
| 04/14/20 | Buy | 50,000 | $4.6197 | $230,983 | | | | |
| 04/15/20 | Buy | 110,000 | $4.4073 | $484,800 | | | | |
| 04/15/20 | Sell | | | | | 157,103 | $4.3891 | $689,538 |
| 04/16/20 | Sell | | | | | 1,611,785 | $4.2379 | $6,830,594 |
| CLASS PD. TOTALS: | | **3,260,000** | | **$  16,649,352** | | **3,260,000** | | **$15,289,503** |
| | | | | | | | | |
| | | **Guohua Wang LIFO/FIFO Losses:** | | | | | | **($1,359,849)** |
| **Footnotes:** | | | | | | | | |

[1] Mr. Wang's data reflects share and pricing unadjusted for the 1 for 8 (1:8) USO reverse share split that occurred at the close of trading on 4/28/2020.

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| **Guohua Wang Transactions - United States Oil Fund LP (NYSE: USO)**<br>**February 25, 2020-April 28, 2020, Inclusive** | | | | |
| **Date** | **Transaction** | **Security** | **Shares** | **Price** |
| 03/11/20 | Buy | USO | 140,000 | $6.9357 |
| 03/13/20 | Buy | USO | 60,000 | $6.5700 |
| 03/16/20 | Buy | USO | 303,700 | $6.1610 |
| 03/17/20 | Buy | USO | 116,300 | $5.8341 |
| 03/18/20 | Buy | USO | 260,000 | $5.0193 |
| 03/20/20 | Buy | USO | 540,000 | $4.8725 |
| 03/26/20 | Buy | USO | 220,000 | $4.7727 |
| 03/27/20 | Buy | USO | 600,000 | $4.5270 |
| 03/30/20 | Buy | USO | 140,000 | $4.1495 |
| 03/31/20 | Buy | USO | 20,000 | $4.4337 |
| 04/03/20 | Buy | USO | 20,000 | $5.9300 |
| 04/06/20 | Buy | USO | 80,000 | $5.5988 |
| 04/07/20 | Buy | USO | 450,000 | $5.0681 |
| 04/08/20 | Buy | USO | 10,000 | $5.3600 |
| 04/09/20 | Buy | USO | 140,000 | $5.3289 |
| 04/14/20 | Buy | USO | 50,000 | $4.6197 |
| 04/15/20 | Buy | USO | 110,000 | $4.4073 |
| 03/13/20 | Sell | USO | 131,112 | $6.9960 |
| 03/18/20 | Sell | USO | 40,000 | $4.8761 |
| 03/19/20 | Sell | USO | 210,000 | $5.3105 |
| 03/20/20 | Sell | USO | 147,201 | $5.2718 |
| 03/23/20 | Sell | USO | 322,799 | $4.8981 |
| 03/30/20 | Sell | USO | 40,000 | $4.1930 |
| 03/31/20 | Sell | USO | 10,000 | $4.4899 |
| 04/01/20 | Sell | USO | 70,000 | $4.3256 |
| 04/02/20 | Sell | USO | 490,100 | $5.1008 |
| 04/03/20 | Sell | USO | 29,900 | $5.6670 |
| 04/15/20 | Sell | USO | 157,103 | $4.3891 |
| 04/16/20 | Sell | USO | 1,611,785 | $4.2379 |