# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT LUCAS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OIL FUND, LP, UNITED STATES COMMODITY FUNDS LLC, JOHN P. LOVE and STUART P. CRUMBAUGH, <br><br> Defendants. | Case No. 1:20-cv-04740-PGG |
| MOSHE EPHRATI, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OIL FUND, LP, UNITED STATES COMMODITY FUNDS LLC, JOHN P. LOVE, and STUART P. CRUMBAUGH, <br><br> Defendants. | Case No. 1:20-cv-06010-PGG-GWG |

*[Caption continues on next page]*

**NOTICE OF RICHARD VOGEL AND ELAINE VOGEL'S NON-OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS**

DANNY PALACIOS, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

UNITED STATES OIL FUND, LP, UNITED STATES COMMODITY FUNDS LLC, JOHN P. LOVE, and STUART P. CRUMBAUGH,

Defendants.

Case No. 1:20-cv-06442-PGG-GWG

Richard Vogel and Elaine Vogel (the "Vogels") respectfully submit this non-opposition to competing motions filed in the above captioned actions for appointment as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995.  After reviewing the competing motions for Lead Plaintiff, the Vogels recognize that they do not possess the largest individual financial interest among the various movants.

The Vogels' non-opposition shall have no effect on, and is without prejudice to, their rights as members of the proposed class, including, but not limited to, the right to share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise.  However, should the Court determine that any of the other movants with larger financial interests in the outcome of this litigation are unable to serve as Lead Plaintiff, the Vogels are willing and able to assume the role of Lead Plaintiffs on behalf of the proposed class.

Dated: August 27, 2020

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By: */s/ Richard W. Gonnello*
       Richard W. Gonnello

Richard W. Gonnello
Katherine Lenahan
685 Third Avenue, 26th Floor
New York, NY 10017
Ph: (212) 983-9330
Fx: (212) 983-9331
E-mail: rgonnello@faruqilaw.com
        klenahan@faruqilaw.com

*Attorneys for [Proposed] Lead Plaintiffs the Vogels and [Proposed] Lead Counsel for the putative Class*

1