**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT LUCAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OIL FUND, LP, UNITED STATES COMMODITY FUNDS LLC, JOHN P. LOVE, and STUART P. CRUMBAUGH,<br><br>Defendants. | Civil Action No. 1:20-cv-04740<br><br>(rel. 1:20-cv-6010; 1:20-cv-6442) |

**NOTICE OF WITHDRAWAL OF MOTION OF ANDREI DANET**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that movant Andrei Danet ("Movant") hereby withdraws his motion for (1) consolidation of the related actions; (2) appointment as lead plaintiff; and (3) approval of selection of counsel.

Movant has: (i) evaluated each of the competing movants' motions; (ii) considered the claims asserted in this action; and (iii) believes, as a consequence, that it appears that Movant does not have the largest financial interest.

This Notice of Withdrawal shall have no effect on, and is without prejudice to, Movant's status as a member of the proposed class including, but not limited to, the right to share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise.

Dated: August 31, 2020

By: /s/ Matthew M. Guiney____
Matthew M. Guiney
Kevin G. Cooper
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**

270 Madison Avenue
New York, New York 10016
Tel.: (212) 545-4600
Fax: (212) 686-0114
guiney@whafh.com
kcooper@whafh.com

*Counsel for Movant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 31, 2020, I electronically filed the foregoing and all related documents with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Matthew M. Guiney