**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT LUCAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OIL FUND, LP, UNITED STATES COMMODITY FUNDS LLC, JOHN P. LOVE, and STUART P. CRUMBAUGH,<br><br>Defendants. | Case No. 1:20-cv-04740-PGG<br><br>**NOTICE OF NON-OPPOSITION OF ALI POURMEMAR AND RANDALL HERNANDEZ TO THE COMPETING MOTIONS FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** |
| MOSHE EPHRATI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OIL FUND, LP, UNITED STATES COMMODITY FUNDS LLC, JOHN P. LOVE, and STUART P. CRUMBAUGH,<br><br>Defendants. | Case No. 1:20-cv-06010-PGG |
| DANNY PALACIOS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OIL FUND, LP, UNITED STATES COMMODITY FUNDS LLC, JOHN P. LOVE, and STUART P. CRUMBAUGH,<br><br>Defendants. | Case No. 1:20-cv-06442-PGG |

On August 18, 2020, Ali Pourmemar and Randall Hernandez timely filed a motion for consolidation of related actions, appointment as lead plaintiff, and approval of their selection of counsel. Dkt. No. 32. Eight similar motions were filed by other putative class members in this action. Dkt. Nos. 19, 22, 25, 28, 33, 36, 43, 47.

The Private Securities Litigation Reform Act of 1995 (the "PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the movant that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Nutit, A.S. is the movant with the "largest financial interest in the relief sought by the class." As such, Pourmemar and Hernandez do not oppose the lead plaintiff motions of movants with larger financial interests than theirs, including Nutit, A.S.

However, if the Court determines that the lead plaintiff movants with financial interests larger than that of Pourmemar and Hernandez are incapable or inadequate to represent the class in this litigation, Pourmemar and Hernandez remain willing and able to serve as lead plaintiff or as class representatives. By this Notice of Non-Opposition, Pourmemar and Hernandez do not waive their rights to participate and recover as class members in this litigation.

                                        Respectfully submitted,

DATED: September 1, 2020                **GLANCY PRONGAY & MURRAY LLP**

                                        By:   */s/ Gregory B. Linkh*
                                        Gregory B. Linkh (GL-0477)
                                        230 Park Ave., Suite 530
                                        New York, NY 10169
                                        Telephone: (212) 682-5340
                                        Facsimile: (212) 884-0988
                                        glinkh@glancylaw.com

1

Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Movants Ali Pourmemar and Randall
Hernandez*

2

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On September 1, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 1, 2020, at New York, New York.

/s/ Gregory B. Linkh
Gregory B. Linkh