UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT LUCAS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OIL FUND, LP, UNITED STATES COMMODITY FUNDS LLC, JOHN P. LOVE, and STUART P. CRUMBAUGH,<br><br>Defendants. | Case No.: 1:20-cv-04740<br><br>Hon. Paul G. Gardephe |
| MOSHE EPHRATI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OIL FUND, LP, UNITED STATES COMMODITY FUNDS LLC, JOHN P. LOVE, and STUART P. CRUMBAUGH,<br><br>Defendants. | Case No.: 1:20-cv-06010<br><br>Hon. Paul G. Gardephe |

**NOTICE OF NON-OPPOSITION OF STEVEN BAILEY TO COMPETING MOTIONS
FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS
LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE**

**ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Movant Steven Bailey ("Movant") does not oppose the

competing motions for consolidation of the above-captioned actions (the "Actions"), appointment

as Lead Plaintiff, and approval of selection of Lead Counsel. On August 18, 2020, Movant timely

filed a motion for consolidation of the Actions, appointment as lead plaintiff, and approval of

1

selection of counsel, stating that he suffered losses of approximately $414,542.38 in financial losses in connection with his purchases of United States Oil Fund, LP securities from February 25, 2020, and June 28, 2020, inclusive. Similar motions for consolidation, appointment as lead plaintiff, and approval of selection of counsel were filed by other putative class members in the Actions.

The Private Securities Litigation Reform Act of 1995 ("PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Based upon a review of the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that, while Movant is well-qualified to serve as Lead Plaintiff in the Actions, he does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb).

This non-opposition shall have no impact on Movant's membership in the putative class, his right to share in any recovery obtained for the benefit of the class members, and his ability to serve as a representative party should the need arise.

Dated: September 1, 2020

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By:  /s/ *Shannon L. Hopkins*
Shannon L. Hopkins (SH-1887)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: shopkins@zlk.com

*Counsel for Steven Bailey*

2