**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT LUCAS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OIL FUND, LP, UNITED STATES COMMODITY FUNDS LLC, JOHN P. LOVE and STUART P. CRUMBAUGH, <br><br> Defendants. | No. 1:20-cv-04740-PGG <br><br> Judge Paul G. Gardephe <br><br> <u>CLASS ACTION</u> <br><br><br> <u>ORAL ARGUMENT REQUESTED</u> |
| MOSHE EPHRATI, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OIL FUND, LP, UNITED STATES COMMODITY FUNDS LLC, JOHN P. LOVE, and STUART P. CRUMBAUGH, <br><br> Defendants. | No. 1:20-cv-06010-PGG |
| DANNY PALACIOS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OIL FUND, LP, UNITED STATES COMMODITY FUNDS LLC, JOHN P. LOVE, and STUART P. CRUMBAUGH, <br><br> Defendants. | No. 1:20-cv-06442-PGG |

**SUPPLEMENTAL DECLARATION OF FRANCIS P. MCCONVILLE IN SUPPORT OF**
**ANDREW TAESOO CHANG AND HERITAGE INVESTMENT CORP.'S**
**MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF,**
**<u>AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

I, Francis P. McConville, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a Partner at the law firm of Labaton Sucharow LLP ("Labaton Sucharow"), proposed Lead Counsel for the Class.  I submit this supplemental declaration in further support of the motion filed by proposed Lead Plaintiff Andrew Taesoo Chang and Heritage Investment Corp. (collectively, "Heritage") for the entry of an Order: (i) consolidating the above-captioned actions; (ii) appointing Heritage as Lead Plaintiff; (iii) approving Heritage's selection of Labaton Sucharow as Lead Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

Attached hereto as Exhibits A through C are true and correct copies of the following documents:

EXHIBIT A:   Original Class Period Loss Analysis reporting the financial interest of all remaining Lead Plaintiff movants;

EXHIBIT B:   Declaration of Jiří Buchvaldek dated August 31, 2020, opining on the validity of Nutit, A.S.'s P.S.L.R.A. certification under Czech law; and

EXHIBIT C:   Notice of pendency of *Palacios v. United States Oil Fund, LP*, No. 20-cv-06442 (S.D. Ohio), published on August 13, 2020.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATED:  September 1, 2020                    Respectfully submitted,

*/s/ Francis P. McConville*

**LABATON SUCHAROW LLP**
Francis P. McConville
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477

fmcconville@labaton.com

2