**Exhibit A**

Case 1:20-cv-04740-PGG   Document 57-1   Filed 09/01/20   Page 2 of 2

**United States Oil Fund LP**

**Class Period: 3/19/20 - 4/28/2020**

| Movant Analysis | | | | | |
|---|---|---|---|---|---|
| Movant | Security | Total # Units Bought | # Net Units Bought | Net Expenditures (Cost - Proceeds) | LIFO Loss |
| Andrew Taesoo Chang | Common Shares | 355,000 | -195,000 | ($518,485) | ($1,005,985) |
| Heritage Investment Corp. | Common Shares | 660,000 | -100,000 | ($1,601,387) | ($1,990,600) |
| Heritage Investment Corp. | USO Mar 27 20 6.0 Put | 20,000 | 0 | ($1,549,244) | ($1,549,244) |
| Heritage Investment Corp. | USO Jul 17 20 7.0 Call | 0 | 0 | $0 | NO LOSS |
| **Andrew Taesoo Chang and Heritage Investment Corp.** | | **1,035,000** | **-295,000** | **($3,669,116)** | **($4,545,829)** |
| Nutit, A.S. | Common Shares | 278,750 | -256,625 | $229,527 | ($4,506,247) |
| **Nutit, A.S.** | | **278,750** | **-256,625** | **$229,527** | **($4,506,247)** |
| Guohua Wang | Common Shares | 2,380,000 | -708,888 | $2,747,671 | ($481,772) |
| **Guohua Wang** | | **2,380,000** | **-708,888** | **$2,747,671** | **($481,772)** |
| Joseph A. O'Connor Trust | Common Shares | 1,300,000 | -407,000 | $809,780 | ($326,371) |
| Arjun Bhartia | Common Shares | 0 | 0 | $0 | NO LOSS |
| **Joseph A. O'Connor Trust and Arjun Bhartia** | | **1,300,000** | **-407,000** | **$809,780** | **($326,371)** |
| Fady Sorial | Common Shares | 43,651 | 0 | ($29,127) | ($29,127) |
| Ramy Sorial | Common Shares | 19,815 | 0 | ($16,417) | ($16,417) |
| **Fady Sorial and Ramy Sorial** | | **63,466** | **0** | **($45,544)** | **($45,544)** |

Note:

- The unit counts and prices for Nutit, A.S. are using a post reverse-split methodology while the other movants are not.