CALCATERRA POLLACK LLP
Regina Calcaterra
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Tel: (212) 899-1760
Email: rcalcaterra@calcaterrapollack.com

BERGER MONTAGUE PC
Michael Dell'Angelo
Andrew Abramowitz
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: mdellangelo@bm.net
         aabramowitz@bm.net

BERGER MONTAGUE PC
Benjamin Galdston
12544 High Bluff Drive, Suite 340
San Diego, CA 92130
Tel: (619) 489-0300
Email: bgaldston@bm.net

*Attorneys for Movant Guohua Wang*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT LUCAS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OIL FUND, LP, UNITED STATES COMMODITY FUNDS LLC, JOHN P. LOVE and STUART P. CRUMBAUGH,<br><br>Defendants. | Civil Action No. 1:20-cv-04740-PGG<br>Complaint filed June 19, 2020<br><br>CLASS ACTION<br><br>Hon. Paul G. Gardephe<br>Courtroom 705 |
| MOSHE EPHRATI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OIL FUND, LP, UNITED STATES COMMODITY FUNDS | Civil Action No. 1:20-cv-06010-PGG<br>Complaint filed July 31, 2020<br><br>CLASS ACTION |

1

LLC, JOHN P. LOVE and STUART P.
CRUMBAUGH,

                            Defendants.

---

DANNY PALACIOS, Individually and on
Behalf of All Others Similarly Situated,

                            Plaintiff,

vs.

UNITED STATES OIL FUND, LP,
UNITED STATES COMMODITY FUNDS
LLC, JOHN P. LOVE,  and STUART P.
CRUMBAUGH,

                            Defendants.

Civil Action No. 1:20-cv-06442-PGG
Complaint filed August 13, 2020

<u>CLASS ACTION</u>

**REPLY OF MOVANT GUOHUA WANG
IN FURTHER RESPONSE TO MOTIONS FOR CONSOLIDATION
OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF,
<u>AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL</u>**

Movant Guohua Wang ("Movant") respectfully submits this reply in further response to

the submissions filed by competing movants for consolidation of related actions, appointment as

lead plaintiff, and approval of lead counsel.

Movant Nutit, A.S. has by far the "largest financial interest" in the outcome of the litigation

of all other movants. It declares losses exceeding $13 million on its Class Period transactions in

USO and apparently satisfies all other PSLRA requirements for Lead Plaintiff appointment. *See*

Nutit Motion, ECF Nos. 43-46. Nutit, A.S., thus appears to be the "most adequate plaintiff" under

the PSLRA and should be appointed Lead Plaintiff in the consolidated action.

By contrast, the motion of Andrew Chang ("Chang") and his investment company

Heritage Investment Corp. ("Heritage") suffers from a host of disqualifying infirmities. ***First***,

Heritage and Chang sustained significantly smaller losses than Nutit, A.S., totaling just over $6

2

million. ***Second***, Heritage's trading raises serious questions about its adequacy and typicality to serve as a Lead Plaintiff and proposed class representative, as nearly half of its reported losses derive from the sale of put options, which means that Heritage was trading ***contracts to sell USO securities***, not the securities themselves. ***Third***, Heritage engaged in "short-selling," and indeed sold short positions on March 27, 2020 for a ***profit*** of $526,701. (Heritage incurred a net loss of $1,549,244 on subsequent purchases to cover these and other short sales.)

Likewise, the joint application of Mr. Pourmemar and Mr. Hernandez (the "GPM Group") raises similar disqualifying issues. Mr. Pourmemar traded in USO shares across three different accounts on different dates and in different manners, including trading in options. For example, Mr. Pourmemar both bought and sold USO shares on April 23, 2020, just days after the April 21, 2020 disclosures regarding Defendants' dramatic change from investing in near-term, one-month oil futures to longer, multi-month oil futures and the April 22, 2020 announcement of the 1:8 stock split. Mr. Pourmemar also purchased and sold options in Accounts 2 and 3. Many of Mr. Pourmemar's options purchased during the class period have not yet expired. For example, there are options contracts set to expire on October 16, 2020, January 15, 2021 and December 16, 2022. Mr. Pourmemar thus may be a "net winner" on these transactions. The potential that Mr. Pourmemar's trading practices, including in options, will become a distraction or focus of the litigation outweighs any benefit in appointing the GPM group.

Finally, the joint application filed by Joseph A. O'Connor Trust and Arjun Bhartia is also defective. According to the loss calculation furnished by those movants, Mr. Bhartia held 73,818 shares at the end of the Class Period. However, the same exhibit indicates that "Post-Class Shares Retained" by Mr. Bhartia totals 9,227. Critically, the submission does not provide any post-Class Period purchases or sales which would demonstrate how Mr. Bhartia ended up with "Post-Class Shares Retained" of 9,227. Simply put, these movants have not provided the Court with sufficient

information to verify the loss figure as it pertains to Mr. Bhartia, and thus their motion should be rejected.

In sum, the Court should appoint Nutit, A.S. as Lead Plaintiff as it has the largest financial interest and does not present any unusual trading that could derail the litigation.

If, however, the Court deems the other movants unfit for any reason, Movant respectfully requests that the Court appoint Mr. Wang – with losses in USO securities totaling $1,359,849 – as Lead Plaintiff.

Dated: September 8, 2020                    Respectfully submitted,

/s/ *Regina Calcaterra*
Regina Calcaterra
CALCATERRA POLLACK LLP
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Tel: (212) 899-1760
Email: rcalcaterra@calcaterrapollack.com

Michael Dell'Angelo
Andrew Abramowitz
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: mdellangelo@bm.net
        aabramowitz@bm.net

Benjamin Galdston
BERGER MONTAGUE PC
12544 High Bluff Drive, Suite 340
San Diego, CA 92130
Tel: (619) 489-0300
Email: bgaldston@bm.net

**Attorneys for Movant Guohua Wang**

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Regina Calcaterra*
Regina Calcaterra