UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

ROBERT LUCAS, Individually and on Behalf :   Civil Action No. 1:20-cv-04740-PGG
of All Others Similarly Situated,               :

                                    :   CLASS ACTION

              Plaintiff,             :

                                    :

    vs.                           :

                                    :

UNITED STATES OIL FUND, LP, UNITED   :
STATES COMMODITY FUNDS LLC, JOHN :
P. LOVE and STUART P. CRUMBAUGH,   :

                                    :

              Defendants.       :

---------------------------------------------------------------- x

MOSHE EPHRATI, Individually and on   :   Civil Action No. 1:20-cv-06010-PGG
Behalf of All Others Similarly Situated,   :

                                    :   CLASS ACTION

              Plaintiff,             :

                                    :

    vs.                           :

                                    :

UNITED STATES OIL FUND, LP, UNITED   :
STATES COMMODITY FUNDS LLC, JOHN :
P. LOVE and STUART P. CRUMBAUGH,   :

                                    :

              Defendants.       :

---------------------------------------------------------------- x

[Caption continued on following page.]

DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF REPLY MEMORANDUM
OF LAW IN FURTHER SUPPORT OF LEAD PLAINTIFF MOTION

Cases\4813-1490-4010.v1-9/8/20

```
                                                    x
DANNY PALACIOS, Individually and on        :   Civil Action No. 1:20-cv-06442-PGG
Behalf of All Others Similarly Situated,    :
                                            :
                                            :   CLASS ACTION
                   Plaintiff,               :
                                            :
                                            :
        vs.                                 :
                                            :
                                            :
UNITED STATES OIL FUND, LP, UNITED          :
STATES COMMODITY FUNDS LLC, JOHN            :
P. LOVE and STUART P. CRUMBAUGH,            :
                                            :
                   Defendants.              :
                                            :
                                                    x
```

I, DAVID A. ROSENFELD, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for Nutit, A.S. and proposed lead counsel for the class in the above-captioned securities class action.  I make this declaration in support of Nutit, A.S.'s Reply Memorandum of Law in Further Support of Lead Plaintiff Motion.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Nutit, A.S.'s Sworn Certification; and

Exhibit B:    *Cohen v. Luckin Coffee Inc.*, No. 1:20-cv-01293-LJL, Reply Memorandum in Further Support of the Motion of Chesi Assets Limited Group for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel; and in Opposition to All Competing Motions (S.D.N.Y. May 20, 2020).

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 8th day of September, 2020, at Melville, New York.

s/ *David A. Rosenfeld*
DAVID A. ROSENFELD

- 1 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on September 8, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

Cases\4813-1490-4010.v1-9/8/20

## Mailing Information for a Case 1:20-cv-04740-PGG Lucas v. United States Oil Fund, LP et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jessica M. Bergin**
  jessica.bergin@ropesgray.com,courtalert@ropesgray.com

- **Regina Marie Calcaterra**
  rcalcaterra@calcaterrapollack.com

- **Richard William Gonnello**
  rgonnello@faruqilaw.com,msullivan@faruqilaw.com,ecf@faruqilaw.com,klenahan@faruqilaw.com,dbehnke@faruqilaw.com

- **Matthew Moylan Guiney**
  guiney@whafh.com

- **Shannon Lee Hopkins**
  shopkins@zlk.com,shalliday@zlk.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,ahood@pomlaw.com,tcrockett@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Gregory Bradley Linkh**
  glinkh@glancylaw.com,info@glancylaw.com,greg-linkh-2000@ecf.pacerpro.com

- **Francis Paul McConville**
  fmcconville@labaton.com,HChang@labaton.com,lpina@labaton.com,drogers@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Seth Maxwell Pavsner**
  spavsner@hrsclaw.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,drosenfeld@ecf.courtdrive.com

- **Amy D. Roy**
  amy.roy@ropesgray.com,James.Nowell@ropesgray.com,Jessica.Bergin@ropesgray.com,CourtAlert@ropesgray.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Robert A. Skinner**
  Robert.Skinner@ropesgray.com,Megan.Everman@ropesgray.com,CourtAlert@ropesgray.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)