| | |
|---|---|
| ROBERT LUCAS, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:20-cv-04740 |
| Plaintiff, | (rel. 1:20-cv-6010; 1:20-cv-6442) |
| vs. | |
| UNITED STATES OIL FUND, LP, UNITED STATES COMMODITY FUNDS LLC, JOHN P. LOVE, and STUART P. CRUMBAUGH, | |
| Defendants. | |

**NOTICE OF WITHDRAWAL OF MOTION OF FADY SORIAL AND RAMY SORIAL**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that movants Fady Sorial and Ramy Sorial ("Movants") hereby withdraw their motion for (1) consolidation of the related actions; (2) appointment as lead plaintiffs; and (3) approval of selection of counsel.

Movants have (i) evaluated each of the competing movants' motions; (ii) considered the claims asserted in this action; and (iii) believe, as a consequence, that it appears that Movants do not have the largest financial interest.

This Notice of Withdrawal shall have no effect on, and is without prejudice to, Movants' status as members of the proposed class including, but not limited to, the right to share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise.

Dated: September 11, 2020

By: */s/ Seth M. Pavsner*
    Frank R. Schirripa
    Daniel B. Rehns
    Seth M. Pavsner
**HACH ROSE SCHIRRIPA
  & CHEVERIE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Tel.: (212) 213-8311
Fax: (212) 779-0028

*Counsel for Movants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 11, 2020, I electronically filed the foregoing and all related documents with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.


By: */s/ Seth M. Pavsner*
Seth M. Pavsner