**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT LUCAS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES OIL FUND, LP, UNITED STATES COMMODITY FUNDS LLC, JOHN P. LOVE, and STUART P. CRUMBAUGH,<br><br>　　　　　　　Defendants. | Civil Action No. 1:20-cv-04740<br><br>(rel. 1:20-cv-6442) |

**NOTICE OF WITHDRAWAL OF MOTION OF GUOHUA WANG**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that movant Guohua Wang ("Movant") hereby withdraws motion for (1) consolidation of the related actions; (2) appointment as lead plaintiff; and (3) approval of selection of counsel. Movant has (i) evaluated each of the competing movants' motions; (ii) considered the claims asserted in this action; and (iii) as a result, that it appears that Movant does not have the largest financial interest.

This Notice of Withdrawal shall have no effect on, and is without prejudice to, Movant's status as a member of the proposed class including, but not limited to, the right to share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise.

Dated: November 20, 2020

Respectfully submitted,

By: /s/ Regina Calcaterra
Regina Calcaterra
**CALCATERRA  POLLACK LLP**
1140 Avenue of the Americas, 9th Fl.
New York, NY 10036
Tel: (212) 899-1760
rcalcaterra@calcaterrapollack.com

*Counsel for movant*

1

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 20, 2020, I electronically filed the foregoing and all related documents with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

By: /s/ Regina Calcaterra