

ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600
WWW.ROPESGRAY.COM

January 25, 2021

Amy D. Roy
T +1 617 951 7445
amy.roy@ropesgray.com

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*

Paul G. Gardephe, U.S.D.J.

Dated: January 26, 2021

**BY ECF**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:   *In re: United States Oil Fund, LP Securities Litigation*, Case No. 1:20-cv-4740 (PGG)

Dear Judge Gardephe:

We represent defendants United States Oil Fund, LP, United States Commodity Funds LLC, John P. Love, Stuart P. Crumbaugh, Nicholas D. Gerber, Andrew F Ngim, Robert L. Nguyen, Peter M. Robinson, Gordon L. Ellis, and Malcolm R. Fobes III (the "USO defendants") in the above-referenced action.  Pursuant to Your Honor's individual rules of practice, we write on behalf of all parties to this action with a joint and mutually-agreed request for permission to exceed the page limit for the parties' briefing on the motion to dismiss the consolidated amended complaint, which is due on or before January 29, 2021.  *See* Scheduling Order, ECF No. 66.  This is a putative class action brought against 26 defendants who all will be joining in or relying upon a single memorandum of law in support of a motion to dismiss the consolidated amended complaint.  The consolidated amended complaint is over 100 pages long.  We believe that enlargement of the page limit will allow for the efficient consideration of the arguments.

In particular, the parties respectfully request permission for the USO defendants to file a memorandum of law that, in combination with very short and non-duplicative joinders to be filed by Authorized Participant defendants (represented by Shearman & Sterling LLP) and defendant ALPS Distributors, Inc. (represented by Paul, Weiss, Rifkind, Wharton & Garrison LLP), will not exceed 55 pages.[1]

The parties also seek permission for lead plaintiff to file a responsive memorandum of law not to exceed 55 pages and for defendants to file reply memoranda of law not to exceed 25 pages total.

---

[1] We have conferred with counsel for lead plaintiff Nutit, A.S.  Counsel for lead plaintiff has consented to this joint request provided that lead plaintiff receives an equivalent page extension for their responsive brief.

ROPES & GRAY LLP

- 2 -  January 25, 2021

We appreciate the Court's consideration of this request.

Respectfully yours,

/s/ Amy D. Roy

Amy D. Roy


cc:  All counsel (via ECF)