**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: UNITED STATES OIL FUND, LP SECURITIES LITIGATION | Case No. 1:20-cv-04740 (PGG) (GWG) |
| | **NOTICE OF MOTION** |
| This Document Relates To:  ALL ACTIONS | **Oral Argument Requested** |

PLEASE TAKE NOTICE that upon the annexed Declaration of Amy D. Roy, Esq., dated January 29, 2021, and the exhibits thereto, and the accompanying Memorandum of Law, dated January 29, 2021, defendants United States Oil Fund, LP, United States Commodity Funds LLC, John P. Love, Stuart P. Crumbaugh, Nicholas D. Gerber, Andrew F Ngim, Robert L. Nguyen, Peter M. Robinson, Gordon L. Ellis, and Malcolm R. Fobes III will respectfully move this Court, at the United States District Court, Southern District of New York, 40 Foley Square, Room 2204, New York, New York 10007, on such date and time as the Court determines, for an order dismissing the Consolidated Amended Complaint, ECF No. 68, with prejudice pursuant to Fed. R. Civ. P. 12(b)(6), and granting such other and further relief as the Court deems just and proper.

Dated:  January 29, 2021                    ROPES & GRAY LLP

                                            _____
                                            Robert A. Skinner (*admitted pro hac vice*)
                                            Amy D. Roy *(admitted pro hac vice)*
                                            Jessica M. Bergin (*admitted pro hac vice*)
                                            Prudential Tower
                                            800 Boylston Street
                                            Boston, Massachusetts 02199-3600
                                            Tel.:  (617) 951-7000
                                            Fax:  (617) 951-7050
                                            *robert.skinner@ropesgray.com*
                                            *amy.roy@ropesgray.com*
                                            *jessica.bergin@ropesgray.com*


                                            *Attorneys for Defendants United States Oil Fund, LP, United States Commodity Funds LLC, John P. Love, Stuart P. Crumbaugh, Nicholas D. Gerber, Andrew F Ngim, Robert L. Nguyen, Peter M. Robinson, Gordon L. Ellis, and Malcolm R. Fobes III*

## CERTIFICATE OF SERVICE

I hereby certify that on this day true and correct copies of the foregoing Notice of Motion, USO Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Consolidated Amended Complaint, and Declaration of Amy D. Roy, Esq. in Support of USO Defendants' Motion to Dismiss the Consolidated Amended Complaint were served by email on all counsel of record.

Dated: January 29, 2021             Amy D. Roy