**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IN RE: UNITED STATES OIL FUND, LP
SECURITIES LITIGATION

Case No. 1:20-cv-04740 (PGG) (GWG)

**Oral Argument Requested**

This Document Relates To:  ALL ACTIONS

---

### DECLARATION OF AMY D. ROY, ESQ. IN SUPPORT OF USO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT

I, Amy D. Roy, declare as follows:

1.      I am over 18 years of age, and I understand the obligations of an oath.

2.      I am a partner in the law firm of Ropes & Gray LLP, counsel in this action to defendants United States Oil Fund, LP, United States Commodity Funds LLC, John P. Love, Stuart P. Crumbaugh, Nicholas D. Gerber, Andrew F Ngim, Robert L. Nguyen, Peter M. Robinson, Gordon L. Ellis, and Malcolm R. Fobes III (the "USO defendants").

3.      I make this declaration in support of the USO defendants' motion to dismiss the consolidated amended complaint.

4.      I have personal knowledge of the facts presented in this declaration based upon my review of documents attached hereto and referenced herein.

5.      Attached hereto as **Exhibit 1** is a true and correct copy of United States Oil Fund, LP's ("USO") Form 424B3 prospectus filed with the U.S. Securities and Exchange Commission ("SEC") on February 25, 2020.

6.      Attached hereto as **Exhibit 2** is a true and correct copy of USO's Form 424B3 prospectus filed with the SEC on March 23, 2020.

-2-

7.      Attached hereto as **Exhibit 3** is a true and correct copy of USO's Form 10-K filed with the SEC on February 21, 2020.

8.      Attached hereto as **Exhibit 4** is a true and correct excerpt of the first four pages of USO's Form 424B3 prospectus filed with the SEC on June 12, 2020.

9.      Attached hereto as **Exhibit 5** is a true and correct copy of USO's Form 8-K filed with the SEC on April 16, 2020.

10.     Attached hereto as **Exhibit 6** is a true and correct copy of USO's Form 8-K filed with the SEC on April 20, 2020.

11.      Attached hereto as **Exhibit 7** is a true and correct copy of USO's Form 8-K filed with the SEC on April 21, 2020.

12.     Attached hereto as **Exhibit 8** is a true and correct copy of USO's Form 8-K filed with the SEC on April 22, 2020.


I declare under penalty of perjury on this 29th day of January, 2021, that the foregoing is true and correct.

Amy D. Roy