

ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600
WWW.ROPESGRAY.COM

April 29, 2021

Amy D. Roy
T +1 617 951 7445
amy.roy@ropesgray.com

**BY ECF**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:    *In re: United States Oil Fund, LP Securities Litigation*, No. 1:20-cv-04740 (PGG) (GWG)

Dear Judge Gardephe:

We represent defendants United States Oil Fund, LP, United States Commodity Funds LLC, John P. Love, Stuart P. Crumbaugh, Nicholas D. Gerber, Andrew F Ngim, Robert L. Nguyen, Peter M. Robinson, Gordon L. Ellis, and Malcolm R. Fobes III (the "USO Defendants") in the above-referenced action.  Pursuant to Rule IV.D of Your Honor's individual rules of practice, we write to request oral argument on the USO Defendants' motion to dismiss the consolidated amended complaint filed concurrently herewith.  We believe that oral argument would assist the Court in resolving the issues raised in the USO Defendants' motion.

Respectfully yours,

/s/ Amy D. Roy

Amy D. Roy


cc:  All counsel (via ECF)