**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE: UNITED STATES OIL FUND, LP
SECURITIES LITIGATION

Case No. 1:20-cv-04740 (PGG)

This Document Relates To:  ALL ACTIONS

**AUTHORIZED PARTICIPANT DEFENDANTS' JOINDER IN**
**THE USO DEFENDANTS' MOTION TO DISMISS**

Defendants ABN AMRO Clearing Chicago LLC (referred to as "ABN Amro" in the Amended Complaint), Goldman, Sachs & Company (n/k/a Goldman Sachs & Co. LLC), J.P. Morgan Securities, Inc. (n/k/a J.P. Morgan Securities LLC), Merrill Lynch Professional Clearing Corp., and Virtu Financial BD LLC (n/k/a Virtu Americas LLC) (collectively, the "Authorized Participants") hereby respectfully join in the USO Defendants'[1] Motion to Dismiss the Consolidated Amended Complaint and Memorandum of Law in Support of the Motion to Dismiss with respect to the claims asserted against the Authorized Participants (which are asserted under Section 11 of the Securities Act of 1933), discussed in the Memorandum of Law at Parts I and III,[2]

---

[1] United States Oil Fund, LP, United States Commodity Funds LLC, John P. Love, Stuart P. Crumbaugh, Nicholas D. Gerber, Andrew F Ngim, Robert L. Nguyen, Peter M. Robinson, Gordon L. Ellis, and Malcolm R. Fobes III are collectively referred to as the "USO Defendants."

[2] Lead Plaintiff has filed a notice pursuant to Federal Rule of Civil Procedure 41(a)(1) voluntarily dismissing without prejudice all claims against defendants BNP Paribas Securities Corp., Credit Suisse Securities (USA) LLC, Citigroup Global Markets Inc., Citadel Securities LLC, Deutsche Bank Securities Inc., Morgan Stanley & Company, Inc. (n/k/a Morgan Stanley & Company, LLC), Nomura Securities International, Inc., RBC Capital Markets, LLC, SG Americas Securities LLC, and UBS Securities LLC (the "Voluntarily Dismissed Authorized Participants").  ECF No. 138.  The Voluntarily Dismissed Authorized Participants accordingly need not respond to the Consolidated Amended Complaint but would otherwise also join herein, and reserve all rights should any claims in this matter be re-asserted against them.

1

and respectfully request that the Court dismiss all claims asserted against the Authorized Participants with prejudice for the reasons stated therein.[3]

Dated:  New York, New York
      January 29, 2021               Respectfully submitted,

                        /s/ Adam S. Hakki
                    Adam S. Hakki
                    Daniel Lewis
                    Agnès Dunogué
                    SHEARMAN & STERLING LLP
                    599 Lexington Avenue
                    New York, NY 10022-6069
                    Telephone: (212) 848-4924/8691/5257
                    Facsimile: (212) 848-7179
                    adam.hakki@shearman.com
                    daniel.lewis@shearman.com
                    agnes.dunogue@shearman.com

*Attorneys for Defendants ABN AMRO Clearing Chicago LLC, Goldman, Sachs & Company (n/k/a Goldman Sachs & Co. LLC), J.P. Morgan Securities, Inc. (n/k/a J.P. Morgan Securities LLC), Merrill Lynch Professional Clearing Corp., and Virtu Financial BD LLC (n/k/a Virtu Americas LLC)*

---

[3] For the avoidance of doubt, although they have elected not to move to dismiss on this basis in light of the dispositive arguments set forth in the USO Defendants' motion, the Authorized Participants dispute and deny the CAC's allegations (CAC ¶¶ 36–38, 40) that they are "underwriters" eligible for liability under Section 11 (15 U.S.C. § 77k(a)(5); 15 U.S.C. § 77b(a)(11)) with respect to the security at issue in this action (USO) or Plaintiff's alleged purchases of the same.

## CERTIFICATE OF SERVICE

I, Benjamin Klebanoff, hereby certify that I caused the foregoing Authorized Participant Defendants' Joinder in the USO Defendants' Motion to Dismiss to be served by email on all counsel of record on January 29, 2021.

/s/ Benjamin Klebanoff
Benjamin Klebanoff