**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: UNITED STATES OIL FUND, LP SECURITIES LITIGATION | Case No. 1:20-cv-04740 (PGG) |
| This Document Relates To:  ALL ACTIONS | |

**AUTHORIZED PARTICIPANT DEFENDANTS' JOINDER IN THE USO
DEFENDANTS' REPLY MEMORANDUM OF LAW IN SUPPORT
OF THE MOTION TO DISMISS**

The Authorized Participants[1] hereby respectfully join in the USO Defendants' Reply Memorandum of Law in Support of the Motion to Dismiss with respect to the claims asserted against the Authorized Participants discussed in the Reply Memorandum at Points I and III, and respectfully request that the Court dismiss all claims asserted against the Authorized Participants with prejudice.[2]

---

[1] This Joinder adopts the definitions and terms used in the Authorized Participant Defendants' Joinder in the USO Defendants' Motion to Dismiss, dated January 29, 2021.

[2] Plaintiff correctly notes in its Opposition to the Motion to Dismiss that the issue of whether the Authorized Participants are "underwriters" – as alleged by Plaintiff, for purposes of Section 11 with respect to USO – is not before the Court at this time.  *See* Plf.'s Opp. Mem. of Law at 16 n.7.  For the avoidance of doubt, though the question is not before the Court at this time, the Authorized Participants dispute Plaintiff's allegations and arguments that they were underwriters and will address such allegations and arguments, if necessary, at the appropriate juncture in this action.

Dated:  New York, New York
April 29, 2021

Respectfully submitted,

_____/s/ Adam S. Hakki_____

Adam S. Hakki
Daniel Lewis
Agnès Dunogué
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4924/8691/5257
Facsimile: (212) 848-7179
adam.hakki@shearman.com
daniel.lewis@shearman.com
agnes.dunogue@shearman.com

*Attorneys for Defendants ABN AMRO Clearing Chicago LLC, Goldman, Sachs & Company (n/k/a Goldman Sachs & Co. LLC), J.P. Morgan Securities, Inc. (n/k/a J.P. Morgan Securities LLC), Merrill Lynch Professional Clearing Corp., and Virtu Financial BD LLC (n/k/a Virtu Americas LLC)*

2