**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: UNITED STATES OIL FUND, LP SECURITIES LITIGATION | Case No. 1:20-cv-04740 (PGG) (GWG) |
| This Document Relates To:<br><br>    ALL ACTIONS | |

**DEFENDANT ALPS DISTRIBUTORS, INC.'S JOINDER IN**
**THE USO DEFENDANTS' MOTION TO DISMISS**

Defendant ALPS Distributors, Inc. hereby respectfully joins in the USO Defendants'[1]

Motion to Dismiss the Consolidated Amended Complaint (the "CAC") and Memorandum of Law

in Support of the Motion to Dismiss with respect to the claims asserted against ALPS Distributors,

Inc. (which are asserted under Section 11 of the Securities Act of 1933), discussed in the

Memorandum of Law at Parts I and III, and respectfully requests that the Court dismiss all claims

asserted against ALPS Distributors, Inc. with prejudice for the reasons stated therein.[2]

---

[1] United States Oil Fund, LP, United States Commodity Funds LLC, John P. Love, Stuart P. Crumbaugh, Nicholas D. Gerber, Andrew F. Ngim, Robert L Nguyen, Peter M. Robinson, Gordon L. Ellis, and Malcolm R. Fobes III are collectively referred to as the "USO Defendants."

[2] For the avoidance of doubt, although it has elected not to move to dismiss on this basis in light of the dispositive arguments set forth in the USO Defendants' motion, ALPS Distributors, Inc. disputes and denies the CAC's allegations (CAC ¶¶ 39–40) that it is an "underwriter" eligible for liability under Section 11 (15 U.S.C. § 77k(a)(5); 15 U.S.C. § 77b(a)(11)) with respect to the security at issue in this action or Plaintiff's alleged purchases of the same.

Dated:   New York, New York
        January 29, 2021

**PAUL, WEISS, RIFKIND, WHARTON &**
  **GARRISON LLP**

By:           /s/ Susanna M. Buergel

          Susanna M. Buergel
          Daniel Sinnreich
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
Fax: (212) 757-3990
sbuergel@paulweiss.com
dsinnreich@paulweiss.com

Jane B. O'Brien
2001 K Street, N.W.
Washington, DC 20006
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
jobrien@paulweiss.com

*Counsel for Defendant ALPS Distributors, Inc.*

2