**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: UNITED STATES OIL FUND, LP SECURITIES LITIGATION | Case No. 1:20-cv-04740 (PGG) (GWG) |
| This Document Relates To:<br><br>ALL ACTIONS | |

**DEFENDANT ALPS DISTRIBUTORS, INC.'S JOINDER IN**
**THE USO DEFENDANTS' REPLY MEMORANDUM OF LAW**
**IN SUPPORT OF THE MOTION TO DISMISS**

Defendant ALPS Distributors, Inc. hereby respectfully joins in the USO Defendants'[1]

Reply Memorandum of Law in Support of the Motion to Dismiss with respect to the claims

asserted against ALPS Distributors, Inc. discussed in the Reply Memorandum at Parts I and III,

and respectfully requests that the Court dismiss all claims asserted against ALPS Distributors, Inc.

with prejudice.[2]

Dated:   New York, New York
         April 29, 2021

                                        **PAUL, WEISS, RIFKIND, WHARTON &**
                                          **GARRISON LLP**
                                        By:              /s/ Susanna M. Buergel
                                                         Susanna M. Buergel
                                                         Daniel Sinnreich
                                        1285 Avenue of the Americas
                                        New York, NY 10019
                                        Tel: (212) 373-3000
                                        Fax: (212) 757-3990
                                        sbuergel@paulweiss.com

---

[1] This Joinder adopts the definitions and terms used in the ALPS Distributors, Inc.'s Joinder in the USO Defendants' Motion to Dismiss, dated January 29, 2021.

[2] Plaintiff correctly notes in its Opposition to the Motion to Dismiss that the issue of whether ALPS Distributors, Inc. is an "underwriter" – as alleged by Plaintiff, for purposes of Section 11 with respect to USO – is not before the Court at this time. *See* Plf.'s Opp. Mem. of Law at 16 n.7. For the avoidance of doubt, though the question is not before the Court at this time, ALPS Distributors, Inc. disputes Plaintiff's allegations and arguments that it is an underwriter and will address such allegations and arguments, if necessary, at the appropriate juncture in this action.

dsinnreich@paulweiss.com

Jane B. O'Brien
2001 K Street, N.W.
Washington, DC 20006
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
jobrien@paulweiss.com

*Counsel for Defendant ALPS Distributors, Inc.*

2