**Robbins Geller Rudman & Dowd LLP**

| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

David A. Rosenfeld
drosenfeld@rgrdlaw.com

May 4, 2021

VIA ECF

The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 2204
New York, NY 10007

**Memo Endorsed:** Lead Plaintiff may file a notice of supplemental authority.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Dated: May 5, 2021

Re: *In re United States Oil Fund, LP Securities Litigation*,
Case No.: 1:20-cv-04740 (PGG)

Dear Judge Gardephe:

We write on behalf of Lead Plaintiff Nutit, A.S. ("Plaintiff") to advise the Court that Plaintiff has served a Motion for Leave to File a Surreply in Response to Defendants' Reply, or in the Alternative, Notice of Supplemental Authority ("Motion") in accordance with the Court's bundling rule (Individual Rule of Practice IV.C.). The Motion relates to a controlling legal decision issued by the Second Circuit after Plaintiff served its Memorandum of Law in Opposition to Defendants' Motions to Dismiss (ECF No. 151) and was cited, but not adequately described, in the USO Defendants' Reply Memorandum of Law in Support of Their Motion to Dismiss the Consolidated Amended Complaint (ECF No. 145). Given the relation to the pending motion to dismiss (ECF No. 142), Plaintiff can, if the Court prefers, file the Motion immediately. Otherwise, Plaintiff will file the Motion in accordance with the Court's bundling rule.

Respectfully submitted,

*/s/ David A. Rosenfeld*

David A. Rosenfeld

cc:     All Counsel of Record (via ECF)