

ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600
WWW.ROPESGRAY.COM

July 30, 2021

Amy D. Roy
T +1 617 951 7445
amy.roy@ropesgray.com

**BY ECF**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:    *In re: United States Oil Fund, LP Securities Litigation*, No. 1:20-cv-04740 (PGG) (GWG)

Dear Judge Gardephe:

We represent defendants United States Oil Fund, LP, United States Commodity Funds LLC, John P. Love, Stuart P. Crumbaugh, Nicholas D. Gerber, Andrew F Ngim, Robert L. Nguyen, Peter M. Robinson, Gordon L. Ellis, and Malcolm R. Fobes III (collectively, the "USO Defendants") in the above-referenced action.  Pursuant to Rule IV(H) of Your Honor's Individual Rules of Practice in Civil Cases, we write on behalf of the USO Defendants to provide notice that the USO Defendants' Motion to Dismiss the Consolidated Amended Complaint,[1] ECF No. 142, has been fully-briefed for ninety days.

Respectfully submitted,

/s/ *Amy D. Roy*

Amy D. Roy


cc:  All counsel (via ECF)

---

[1] Defendants ABN AMRO Clearing Chicago LLC, Goldman, Sachs & Company (n/k/a Goldman Sachs & Co. LLC), J.P. Morgan Securities, Inc. (n/k/a J.P. Morgan Securities LLC), Merrill Lynch Professional Clearing Corp., Virtu Financial BD LLC (n/k/a Virtu Americas LLC), and ALPS Distributors, Inc. joined in the Motion to Dismiss the Consolidated Amended Complaint.