**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
|---|---|---|---|---|
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

David A. Rosenfeld
drosenfeld@rgrdlaw.com

October 21, 2025

VIA ECF

Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *In Re: United States Oil Fund, LP Securities Litigation*
Case No. 1:20-cv-04740 (PGG)

Dear Judge Gardephe:

We write on behalf of Lead Plaintiff Nutit A.S., pursuant to Rule I.D of Your Honor's Individual Rules, to respectfully request an extension of the deadline to file the proposed second amended complaint and motion to amend. ECF NO. 178. Due to various scheduling conflicts this month related to **my personal, travel, and work schedules, including religious holiday** observances, multiple weeks traveling abroad, and scheduled depositions over the next few weeks in another matter, Lead Plaintiff respectfully requests a four-week extension of the above-mentioned deadline as follows:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Lead Plaintiff's Motion to Amend and Proposed Second Amended Complaint due: | October 29, 2025 | November 26, 2025 |

This is Lead Plaintiff's first request for an extension of the deadline for the filing of the motion to amend and proposed second amended complaint. We have conferred with counsel for Defendants and they take no position on Lead Plaintiff's request.[1]

Respectfully submitted,

/s/ David A. Rosenfeld

DAVID A. ROSENFELD

Enclosure
cc:    All counsel of record

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

Paul G. Gardephe, U.S.D.J.

October 22, 2025

---

[1]    As **reasons for taking no position on the request and declining to provide affirma**tive consent, Defendants point to: (1) the period of time the Amended Comp**laint had been pending;** (2) prejudice that further delay in reaching a final resolution may impose on Defendants; (3) Lead Plaintiff's purported failure to demonstrate good cause for the requested extension given Defendants' view that the thirty days provided by the Court is sufficient; and (4) the fact that further delay **may i**mpact orders applicable to other derivative matters pending against Defendants.

58 South Service Road, Suite 200    Melville, NY 11747    Tel 631-367-7100    Fax 631-367-1173    rgrdlaw.com