UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | x | |
| In re UNITED STATES OIL FUND, LP SECURITIES LITIGATION | : : : | Civil Action No. 1:20-cv-04740-PGG-GS<br><br>CLASS ACTION |
| | : | |
| This Document Relates To: | : : | |
| ALL ACTIONS. | : : | ORAL ARGUMENT REQUESTED |
| | x | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
THE [PROPOSED] SECOND CONSOLIDATED AMENDED
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

PLEASE TAKE NOTICE that upon the Declaration of Vincent M. Serra, dated November 26, 2025, and the exhibits thereto, including the [Proposed] Second Consolidated Amended Complaint for Violations of the Federal Securities Laws ("SAC"), as well as the accompanying Memorandum of Law, the undersigned hereby move this Court on behalf of lead plaintiff Nutit, A.S. ("Plaintiff"), before the Honorable Paul G. Gardephe in Courtroom 705 of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 40 Foley Square, Courtroom 705, New York, New York 10007, for an order granting Plaintiff leave to file the SAC, pursuant to Federal Rule of Civil Procedure 15(a)(2) and this Court's September 29, 2025 Memorandum Opinion and Order, and granting such further relief as the Court may deem just and proper. A copy of the SAC is attached as Exhibit A to the Declaration of Vincent M. Serra, and a redline comparing the SAC to the first Consolidated Amended Complaint for Violations of the Federal Securities Laws (ECF No. 68) is attached as Exhibit B thereto.

DATED:  November 26, 2025  Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
VINCENT M. SERRA


        */s/ David A. Rosenfeld*
       DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
vserra@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
BRIAN E. COCHRAN
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  312/674-4674
312/674-4676 (fax)
bcochran@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
PERETZ BRONSTEIN
EITAN KIMELMAN
60 East 42nd Street, Suite 4600
New York, NY  10165
Telephone:  212/697-6484
212/697-7296 (fax)
peretz@bgandg.com
eitan@bgandg.com

*Additional Counsel for Plaintiff*

- 2 -