UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

In re UNITED STATES OIL FUND, LP
SECURITIES LITIGATION

————————————————————

This Document Relates To:

    ALL ACTIONS.

———————————————————— x

:   Civil Action No. 1:20-cv-04740-PGG-GS
:
:   CLASS ACTION
:
:
:
:
:
:

**DECLARATION OF VINCENT M. SERRA IN SUPPORT OF PLAINTIFF'S MOTION
FOR LEAVE TO FILE THE [PROPOSED] SECOND CONSOLIDATED AMENDED
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, Vincent M. Serra, Esq., hereby declare as follows:

1.      I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, counsel for lead plaintiff Nutit, A.S. ("Plaintiff"), and lead counsel for the class in the above-captioned action. I have personal knowledge of the facts set forth herein.  I make this Declaration in support of Plaintiff's Motion for Leave to File the [Proposed] Second Consolidated Amended Complaint for Violations of the Federal Securities Laws.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A – [Proposed] Second Consolidated Amended Complaint for Violations of the Federal Securities Laws ("SAC"); and

Exhibit B – A redline comparing the SAC to the first Consolidated Amended Complaint for Violations of the Federal Securities Laws (ECF No. 68).

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 26th day of November, 2025.

                                        /s/ Vincent M. Serra
                                        VINCENT M. SERRA