**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: UNITED STATES OIL FUND, LP SECURITIES LITIGATION | Case No. 1:20-cv-04740 (PGG) |
| This Document Relates To:  ALL ACTIONS | |

**AUTHORIZED PARTICIPANT DEFENDANTS' JOINDER IN THE USO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THE [PROPOSED] SECOND CONSOLIDATED AMENDED COMPLAINT**

Defendants ABN AMRO Clearing Chicago LLC (referred to as "ABN Amro" in the Amended Complaint), Goldman, Sachs & Company (n/k/a Goldman Sachs & Co. LLC), J.P. Morgan Securities, Inc. (n/k/a J.P. Morgan Securities LLC), Merrill Lynch Professional Clearing Corp., and Virtu Financial BD LLC (n/k/a Virtu Americas LLC) (collectively, the "Authorized Participants") hereby respectfully join in the USO Defendants'[1] Opposition to Plaintiff's Motion for Leave to File the [Proposed] Second Consolidated Amended Complaint with respect to the arguments directed to the claims asserted against the Authorized Participants as discussed in the Opposition at Parts I and III, as well as the argument in Defendant ALPS Distributors, Inc.'s Joinder in the USO Defendants' Opposition to Plaintiff's Motion for Leave to Amend the Complaint insofar as Plaintiff makes no attempt to plead the Authorized Participants' "actual knowledge" of an undisclosed trend, uncertainty, or risk, and respectfully request that the Court deny Plaintiff's motion for leave to amend.

---

[1] United States Oil Fund, LP, United States Commodity Funds LLC, John P. Love, Stuart P. Crumbaugh, Nicholas D. Gerber, Andrew F Ngim, Robert L. Nguyen, Peter M. Robinson, Gordon L. Ellis, and Malcolm R. Fobes III are collectively referred to as the "USO Defendants."

1

Dated:  New York, New York
        December 19, 2025

Respectfully submitted,


       /s/ Daniel Lewis
Adam S. Hakki
Daniel Lewis
ALLEN OVERY SHEARMAN
STERLING US LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4924/8691
Facsimile: (212) 848-7179
adam.hakki@aoshearman.com
daniel.lewis@aoshearman.com

*Attorneys for Defendants ABN AMRO Clearing Chicago LLC, Goldman, Sachs & Company (n/k/a Goldman Sachs & Co. LLC), J.P. Morgan Securities, Inc. (n/k/a J.P. Morgan Securities LLC), Merrill Lynch Professional Clearing Corp., and Virtu Financial BD LLC (n/k/a Virtu Americas LLC)*

2